# EXHIBIT C

| US8970710B2 | Viavi Solutions – TeraVM ("The accused instrumentality") |
|---|---|
| 1. A method for measuring a quality of video, comprising: | The accused instrumentality practices a method for measuring a quality of video (e.g., perceptual video quality/passive video quality estimation provides the measurement of video quality metrics).<br><br>VIAVI   PRODUCTS   SOLUTIONS   HOW TO BUY   RESOURCES   SERVICES   SUPPORT   CORPORATE<br><br>Home > Products > Network Test & Certification > Application Emulation > TeraVM<br><br>TeraVM<br><br>Application Emulation and Security Validation<br><br>TeraVM is an application emulation and security performance solution, delivering comprehensive test coverage for application services, wired and wireless networks.<br><br>https://www.viavisolutions.com/en-us/products/teravm |



https://www.viavisolutions.com/en-us/literature/teravm-voice-video-and-mpeg-transport-stream-quality-metrics-brochures-en.pdf

|  | - **Full Reference (Active)** – A method applicable when the full reference video signal is available, and compared with the degraded signal as it passes through the network.<br><br>- **No Reference (Passive)** – A method applicable when no reference video signal or information is available.<br><br>VIAVI believes that a combination of both Active and Passive measurements gives the correct blend of analysis with a good trade off of accuracy and computational power. TeraVM provides both voice and video quality assessment metrics, active and passive, based on ITU-T's J.144, but are extended to support IP networks.<br><br>https://www.viavisolutions.com/en-us/literature/teravm-voice-video-and-mpeg-transport-stream-quality-metrics-brochures-en.pdf |

| | |
|---|---|
| | **Active Video Analysis**<br><br>The active video assessment metric is called PEVQ – Perceptual Evaluation of Video Quality. PEVQ provides MOS estimates of the video quality degradation occurring through a network by analysing the degraded video signal output from the network. This approach is based on modelling the behaviour of the human visual tract and detecting abnormalities in the video signal quantified by a variety of KPIs. The MOS value reported, lies within a range from 1 (bad) to 5 (excellent) and is based on a multitude of perceptually motivated parameters.<br><br>https://www.viavisolutions.com/en-us/literature/teravm-voice-video-and-mpeg-transport-stream-quality-metrics-brochures-en.pdf |

| | |
|---|---|
| | **Passive MOS and MPEG Statistics**<br><br>The VQM passive algorithm is integrated into TeraVM, and when required produces a VQM, an estimation of the subjective quality of the video, every second. VQM MOS scores are available as an additional statistic in the TeraVM GUI and available in real time. In addition to VQM MOS scores, MPEG streams are analysed to determine the quality of each "Packet Elementary Stream" and exports key metrics such as Packets received and Packets Lost for each distinct Video stream within the MPEG Transport Stream. All major VoIP and Video CODECs are support, including MPEG 2/4 and the H.261/3/3+/4.<br><br>https://www.viavisolutions.com/en-us/literature/teravm-voice-video-and-mpeg-transport-stream-quality-metrics-brochures-en.pdf |
| generating a frame loss pattern of the video by recording, in sequence, a status for every successive frame in a group of frames and establishing for each such group of frames an arrangement indicating whether each frame in the group is lost or | The accused instrumentality practices generating a frame loss pattern of the video by recording, in sequence, a status for every successive frame in a group of frames and establishing for each such group of frames an arrangement indicating whether each frame in the group is lost or successfully transmitted relative to all frames in the group.<br><br>As shown below, the frame loss pattern is determined by recording statistics corresponding to each frame upon detection of group of pictures (GoP) denotes different frames such as I frame, B frame, P frame. The statistics includes the status of each frame such as successfully received frames and lost or impaired frames. |

| | |
|---|---|
| successfully transmitted relative to all frames in the group | <br>https://www.viavisolutions.com/en-us/literature/teravm-voice-video-and-mpeg-transport-stream-quality-metrics-brochures-en.pdf |

| | |
|---|---|
| | **Active Video Analysis**<br><br>The active video assessment metric is called PEVQ – Perceptual Evaluation of Video Quality. PEVQ provides MOS estimates of the video quality degradation occurring through a network by analysing the degraded video signal output from the network. This approach is based on modelling the behaviour of the human visual tract and detecting abnormalities in the video signal quantified by a variety of KPIs. The MOS value reported, lies within a range from 1 (bad) to 5 (excellent) and is based on a multitude of perceptually motivated parameters.<br><br>https://www.viavisolutions.com/en-us/literature/teravm-voice-video-and-mpeg-transport-stream-quality-metrics-brochures-en.pdf |

| | |
|---|---|
| | **Passive MOS and MPEG Statistics**<br><br>The VQM passive algorithm is integrated into TeraVM, and when required produces a VQM, an estimation of the subjective quality of the video, every second. VQM MOS scores are available as an additional statistic in the TeraVM GUI and available in real time. In addition to VQM MOS scores, MPEG streams are analysed to determine the quality of each "Packet Elementary Stream" and exports key metrics such as Packets received and Packets Lost for each distinct Video stream within the MPEG Transport Stream. All major VoIP and Video CODECs are support, including MPEG 2/4 and the H.261/3/3+/4.<br><br>https://www.viavisolutions.com/en-us/literature/teravm-voice-video-and-mpeg-transport-stream-quality-metrics-brochures-en.pdf |

| | | |
|---|---|---|
| | | |

| Item | Description |
|---|---|
| QmVideo Duplicate Packets | The number of duplicate video packets received for the stream being analyzed. |
| QmVideo In I-Frames | The number of I-frames received without impairments due to packet loss and/or discards of the frame itself for this stream. |
| QmVideo Impaired I-Frames | The number of I-frames impaired due to packet loss and/or discards for this stream. |
| QmVideo In P-Frames | The number of P-frames received without impairments due to packet loss and/or discards of the frame itself for this stream. |
| QmVideo Impaired P-Frames | The number of P-frames impaired due to packet loss and/or discards for this stream. This does not include frames impaired due to error propagation through temporal reference. |
| QmVideo In B-Frames | The number of B-frames received without impairments due to packet loss and/or discards of the frame itself. |

Video Quality Metrics collected per video flow on multi-media calls continued

| Item | Description |
|---|---|
| QmVideo Impaired B-Frames | The number of B-frames impaired due to packet loss and/or discards for this stream. This does not include frames impaired due to error propagation through temporal reference. |
| QmVideo Frames/s | The frame rate of the video stream in frames per second. |
| QmVideo Frame Width | The width of the video frame in pixels. |
| QmVideo Frame Height | The height of the video frame in pixels. |
| QmVideo GoP Length | The Group of Picture length for the video stream. The GOP length is the number of frames between two full images (I-Frames). |
| QmVideo GoP Type | The Group of Picture type for the video stream. |

https://www.viavisolutions.com/en-us/literature/teravm-network-performance-testing-voip-application-notes-en.pdf

| | |
|---|---|
| evaluating the quality of the video as a function of the generated frame loss pattern | The accused instrumentality practices evaluating the quality of the video as a function of the generated frame loss pattern. |

| | As shown below, the statistics of successfully received and impaired frames provides evaluation of the quality of video in the form of mean opinion score (e.g., MOS score). |
|---|---|
| | **Active Video Analysis** |
| | The active video assessment metric is called PEVQ – Perceptual Evaluation of Video Quality. PEVQ provides MOS estimates of the video quality degradation occurring through a network by analysing the degraded video signal output from the network. This approach is based on modelling the behaviour of the human visual tract and detecting abnormalities in the video signal quantified by a variety of KPIs. The MOS value reported, lies within a range from 1 (bad) to 5 (excellent) and is based on a multitude of perceptually motivated parameters. |
| | https://www.viavisolutions.com/en-us/literature/teravm-voice-video-and-mpeg-transport-stream-quality-metrics-brochures-en.pdf |

| | |
|---|---|
| | **Passive MOS and MPEG Statistics**<br><br>The VQM passive algorithm is integrated into TeraVM, and when required produces a VQM, an estimation of the subjective quality of the video, every second. VQM MOS scores are available as an additional statistic in the TeraVM GUI and available in real time. In addition to VQM MOS scores, MPEG streams are analysed to determine the quality of each "Packet Elementary Stream" and exports key metrics such as Packets received and Packets Lost for each distinct Video stream within the MPEG Transport Stream. All major VoIP and Video CODECs are support, including MPEG 2/4 and the H.261/3/3+/4.<br><br>https://www.viavisolutions.com/en-us/literature/teravm-voice-video-and-mpeg-transport-stream-quality-metrics-brochures-en.pdf |

|  | The VoIP and video signals are aligned and each source and degraded frame is compared to rate the video quality. |
|---|---|
|  | For passive measurements, only the degraded signal is considered, and with specified parameters about the source (CODEC, bit-rate) a metric is produced in real-time to rate the video quality. |
|  | This <u>combination of metrics gives the possibility of a 'passive' but lightweight Mean Opinion Score (MOS) per-subscriber for voice and video traffic, that is correlated with CPU-expensive but highly-accurate 'active' MOS scores.</u> |
|  | https://www.viavisolutions.com/en-us/literature/teravm-voice-video-and-mpeg-transport-stream-quality-metrics-brochures-en.pdf |

**Video Quality Metrics collected per video flow on multi-media calls**

| Item | Description |
|---|---|
| QmVideo Picture Quality | This is a CODEC dependent measure of the subjective quality of the decoded video stream (0-50). |
| QmVideo MOS | Mean Opinion Score representing video service picture quality. The score also considers the original video quality (before encoding and transmission) and the video content's sensitivity against video packet loss/discard. |
| QmVideo Transmission Quality | This is a CODEC independent measure related to the ability of the bearer channel to support reliable video (0-50). |
| QmVideo Multimedia MOS | A VQmon Mean Opinion Score representing video service multimedia quality. It takes video picture quality, audio quality and audio/video synchronization into account to generate the overall multimedia quality |

https://www.viavisolutions.com/en-us/literature/teravm-network-performance-testing-voip-application-notes-en.pdf